Jason R.N. Monteleone, ISB No. 5441
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th St., ste. 500
Boise, Idaho 83702
Telephone:  (208) 331-2100
Facsimile:  (208) 947-2424
*jason@treasurevalleylawyers.com*

Eris S. Rossman, ISB No. 4573
*erossman@rossmanlaw.com*
Erica S. Phillips, ISB No. 6009
*ephillips@rossmanlaw.com*
ROSSMAN LAW GROUP, P.L.L.C.
350 N. 9th St., ste. 500
Boise, Idaho  83702
Telephone:  (208) 331-2030
Facsimile:  (208) 947-2424

Attorneys for Relator

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* JULIE MADSEN, M.D., an individual,<br><br>   Relator/Plaintiff<br><br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD., an Idaho Corporation, ST. LUKE'S McCALL, LTD., an Idaho Corporation, IDAHO ELKS REHABILITATION HOSPITAL, INC., an Idaho Corporation, WARREN GUDE, M.D. RAYMOND OTTO, M.D. and John/Jane Does I through X, whose true identities are unknown,<br><br>   Defendants | **Case No.  15-210 S-EJL**<br><br>**STIPULATION TO EXTEND DEADLINE FOR RELATOR TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE REPLY BRIEFS** |

COME NOW the parties, Relator, Julie Madsen, M.D., by and through her attorneys of

record, Jason R.N. Monteleone of the law firm of Johnson & Monteleone, L.L.P., and Eric S.

**STIPULATION TO EXTEND DEADLINE FOR RELATOR TO RESPOND TO DEFENDANTS'
MOTIONS TO DISMISS AMENDED COMPLAINT - 1**

Rossman of the law firm of Rossman Law Group, LLC, and Defendants, St. Luke's Health System, Ltd., and St. Luke's McCall, by and through their attorneys of record, Matthew P. Gordon, David B. Robbins, and Kristina J. Holm, of the law firm of Perkins Coie, L.L.P., Defendants Idaho Elks Rehabilitation Hospital, Inc., by and through its attorneys of record, Thomas J. Mortell and Tyler J. Anderson of the law firm of Hawley Troxell Ennis & Hawley, L.L.P., Defendants Warren Gude, M.D,. and Raymond Otto, M.D., by and through their attorneys of record, Harold Malkin and Taylor Washburn of the law firm of Lane Powell, P.C., and hereby agree and stipulate to extend the deadline relative to each and all of these Defendants' various *Motions to Dismiss Amended Complaint* (Docket Nos. 50, 51, and 53) as follows:

1. The current deadline for Relator to oppose the pending motions to dismiss is October 23, 2018;

2. Relator should be afforded an additional three (3) weeks to file her opposition papers to the pending motions to dismiss and shall file her opposition papers on or before November 13, 2018; and

3. Defendants shall file their reply briefs, if any, on or before December 4, 2018.

The basis for the instant stipulation is that Relator's counsel, in light of current, professional commitments, requires an additional three (3) weeks to prepare appropriate oppositions to Defendants' motions to dismiss the amended complaint, and, of course, Defendants should have additional time to prepare their reply briefs, if any.

DATED: This 16th day of October, 2018.

ROSSMAN LAW GROUP, PLLC


/s/ Erica S. Phillips
Erica S. Phillips
Attorneys for Relator/Plaintiff

**STIPULATION TO EXTEND DEADLINE FOR RELATOR TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT - 2**

DATED: This 16th day of October, 2018.

PERKINS COIE, L.L.P.

/s/ Matthew P. Gordon
David B. Robbins
Matthew P. Gordon
Kristina J. Holm
Attorneys for Defendants St. Luke's Health
System, Ltd, and St. Luke's McCall

DATED: This 16th day of October, 2018.

HAWLEY TROXELL ENNIS &
 HAWLEY, L.L.P.

/s/ Thomas J. Mortell
Thomas J. Mortell
Tyler J. Anderson
Attorneys for Defendants Idaho Elks Rehabilitation
Hospital, Inc.,

DATED: This 16th day of October, 2018.

LANE POWELL, P.C.

/s/ Harold Malkin
Harold Malkin
Taylor Washburn
Attorneys for Defendants Warren Gude, M.D.,
and Raymond Otto, M.D.