Carin A. Marney, ISB No. 8389
MarneyC@LanePowell.com
Harold Malkin (*pro hac vice*)
MalkinH@LanePowell.com
Taylor Washburn (*pro hac vice*)
WashburnT@LanePowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

*Attorneys for Defendants*
*Warren Gude, M.D. and*
*Raymond Otto, M.D.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JULIE MADSEN, M.D., an individual,<br><br>　　　　　Relator/Plaintiff,<br><br>　　v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD, an Idaho corporation, IDAHO ELKS REHABILITATION HOSPITAL, INC., an Idaho corporation, ELK'S WOUND CARE CENTER, an Idaho joint venture, CENTER FOR WOUND HEALING AND HYPERBARIC MEDICINE, LLP, WARREN GUDE, M.D., RAYMOND OTTO, M.D., and John/Jane Does I through X, whose true identities are presently unknown,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00210-EJL<br><br>**DEFENDANTS WARREN GUDE AND RAYMOND OTTO'S REPLY IN SUPPORT GOVERNMENT'S MOTION TO APPROVE SETTLEMENT AND DISMISS THE CASE [DKT. 80]** |

Defendants Dr. Warren Gude and Dr. Raymond Otto ask the Court to grant the government's motion (Dkt. 80) to approve the settlement and dismiss Relator Julie Madsen's claims with prejudice. Dr. Gude and Dr. Otto join and incorporate by reference the arguments made in the government's motion, as well as the arguments made by the St. Luke's Defendants in their reply (Dkt. 83).

The irony should not be lost on the Court that after trying four times to state a plausible claim for relief, Relator has the temerity to claim that the government has an inadequate basis to settle this dispute for four times the paltry potential damages the government contends it sustained. Even in her latest complaint Relator still fails to identify a single false claim or explain with sufficient particularity what role, if any, Dr. Gude or Dr. Otto played in submitting, causing to be submitted, or conspiring to submit any false claim.

There is no basis for allowing this lawsuit to continue or for granting Relator's request for an evidentiary hearing. Realtor has suffered no financial harm. The only conceivable damages were sustained by the government, which has no incentive to minimize the recovery to which it contends it is entitled or to terminate the action before fully and adequately vindicating its interests.

DATED:    March 7, 2019

LANE POWELL PC

By /s/ *Harold Malkin*
Carin A. Marney, ISB No. 8389
MarneyC@LanePowell.com
Harold Malkin (*pro hac vice*)
MalkinH@LanePowell.com
Taylor Washburn (*pro hac vice*)
WashburnT@LanePowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

*Attorneys for Defendants*
*Warren Gude, M.D. and*
*Raymond Otto, M.D.*

REPLY IN SUPPORT OF GOVERNMENT'S MOTION TO APPROVE SETTLEMENT AND DISMISS CASE - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of March, 2019, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Eric S. Rossman, ISB No. 4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB No. 6009
ephillips@rossmanlaw.com
Kimberly L. Williams, ISB No. 8893
kwilliams@rossmanlaw.com
ROSSMAN LAW GROUP, P.L.L.C.
737 N. 7th Street
Boise, Idaho 83 702
Telephone: (208) 331-2030
Facsimile: (208) 342-217


Jason R.N. Monteleone, ISB No. 5441
jason@treasurevalleylawyers.com
JOHNSON & MONTELEONE, L.L.P.
405 South Eighth Street, Suite 250
Boise, Idaho 83 702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424


Matthew P. Gordon, ISB No. 8554
MGordon@perkinscoie.com
David B. Robbins (*pro hac vice*)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000


Kristina J. Holm (*pro hac vice*)
KJHolm@perkinscoie.com
PERKINS COIE LLP

REPLY IN SUPPORT OF GOVERNMENT'S MOTION TO APPROVE SETTLEMENT AND DISMISS CASE - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | 11120 NW Couch Street, 10th Floor |
| 2 | Portland, OR 97209-4128<br>Telephone: 503.727.2000 |
| 3 | Facsimile: 503.727.2222 |
| 4 | Thomas J. Mortell, ISB No. 5135 |
| 5 | tmortell@hawleytroxell.com<br>Tyler J. Anderson, ISB No. 6632 |
| 6 | tanderson@hawleytroxell.com<br>Austin Strobel, ISB No. 9803 |
| 7 | astrobel@hawleytroxell.com<br>2010 Jennie Lee Drive |
| 8 | Idaho Falls, ID 83404<br>Telephone: 208-529-3005 |
| 9 | Facsimile: 208-954-5245 |
| 10 | Bill Humphries |
| 11 | United States Attorney's Office<br>District of Idaho |
| 12 | 800 E. Park Blvd., Suite 600<br>Boise, ID 83712 |
| 13 | Telephone: 208-334-1211<br>Facsimile: 208-334-1414 |
| 14 | Bill.Humphries@usdoj.gov |
| 15 | |
| 16 | DATED: March 7th, 2019 |
| 17 | |
| 18 | LANE POWELL PC |
| 19 | |
| 20 | By /s/ *Aaron P. Brecher* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

REPLY IN SUPPORT OF GOVERNMENT'S MOTION TO APPROVE SETTLEMENT AND DISMISS CASE - 4

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107